**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALISA THOMPSON,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**Case No: 8:19-cv-642-MSS-SPF**

**BAYCARE HEALTH SYSTEMS,**

    **Defendant.**

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On February 10, 2020, the mediator filed a Mediation Report, informing the Court that the above-captioned case was settled. (Dkt. 19) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of February, 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party